# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2013

146583

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KENNETH J. SPEICHER,
      Plaintiff-Appellant,

v

COLUMBIA TOWNSHIP BOARD OF
ELECTION COMMISSIONERS,
      Defendant-Appellee.

SC: 146583
COA: 307368
Van Buren CC: 10-600345-CZ

_____/

      On order of the Court, the application for leave to appeal the December 20, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2013



p0925

Clerk